ELLEN NICHOLS, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

(Argued October 29, 1885 ; decided November 24, 1885.)

*Winchester Britton* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

FRANKLIN WARREN, Respondent, *v.* JOHN CHADWICK, Appellant.

(Submitted October 29, 1885 ; decided November 24, 1885.)

*Ellsworth & Potter* for appellant.

*F. L. Clark* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.